AO 102 (01/09)  Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota

In the Matter of the Tracking of                )
*(Identify the person to be tracked or describe*        )
*the object or property to be used for tracking)*       )
                                                )    Case No. 25-mj- **164**
USA v. 25-156-05                                )
                                                )

## REDACTED APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of ▮ ▮▮▮ ▮▮▮ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☒ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☒ evidence of a crime;

☒ property designed for use, intended for use, or used in committing a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☒ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , AS FURTHER DESCRIBED IN ATTACHMENT A

☒ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

BJ George, DEA TFO
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date:  **7-2-25**

_____
*Judge's signature*

City and state  Rapid City, South Dakota

Daneta Wollman, United States Magistrate Judge
*Printed name and tit*

CC: AUSA Tarbay
JRC

## REDACTED ATTACHMENT A

### Property to Be Searched

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 5:25-mj- 164 |
| USA v. 25-156-05 | REDACTED AFFIDAVIT IN SUPPORT OF TRACKING WARRANT APPLICATION |

STATE OF SOUTH DAKOTA    )
                                             : ss
COUNTY OF PENNINGTON    )

I, BJ George, Task Force Officer with the Drug Enforcement Administration (DEA), being first duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief.

**INTRODUCTION AND AGENT BACKGROUND:**

1.      I am employed as a Special Agent with the South Dakota Division of Criminal Investigation (SD DCI) since November 2014. I am currently assigned to the Drug Enforcement Administration (DEA) as a Federal Task Force Officer (TFO) and have been in that position since November 2020, where it is my responsibility to investigate the use, transportation, distribution, and manufacture of illegal drugs. Prior to my assignment with the DEA, I was assigned to the Unified Narcotics Enforcement Team (UNET), where my responsibilities were the same as my current assignment as a DEA TFO.

2.      Prior to my employment with DCI, I was an Investigator with the Pennington County Sheriff's Office.  I began my law enforcement career in January of 2004 with the Pennington County Sheriff's Office. I spent four years

1

on patrol before being assigned to the Investigations Division in March of 2008. During my investigator career I had been assigned to cases ranging from homicide to theft. I was assigned to UNET from 2010 until my employment with DCI.







7.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

8.    Through this affidavit, your Affiant is requesting a warrant be issued for the installation and monitoring of a GPS tracking device for a ██████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████ ████████████████ (hereinafter **SUBJECT VEHICLE 1**), suspected of being used in furtherance of violations of ██████████████████████████████████████████████ ████████.

9.    I seek authority under 18 U.S.C. § 3117 and Rule 41(b)(4) of the Federal Rules of Criminal Procedure to place a tracking device on **SUBJECT**

4

**VEHICLE 1** within 14 days from the date the warrant is issued. Further, I seek authority to monitor **SUBJECT VEHICLE 1** whereabouts, wherever it may be found, via the tracking device for a period not to exceed 45 days from the date of issuance of the warrant, subject to any Court authorized extensions thereof.

10.    I further state that there is probable cause to believe that the installation of a tracking device in or on **SUBJECT VEHICLE 1** and use of the tracking device, will lead to evidence, fruits, and instrumentalities of the aforementioned crimes as well as to the identification of individuals who are engaged in the commission of those and related crimes.

11.    Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of United States Code are located at the premises mentioned in this affidavit.

12.    I have received information from other law enforcement officers and sources of information by either verbal or written report. The officers and sources providing information may have received the information by way of personal knowledge or from another source.

**FACTS IN SUPPORT OF PROBABLE CAUSE:**

5



6







9



10





████████████████████████████████████████████

██████████████████████████████

## REQUEST TO SEAL:

31.    It is requested that the warrant and accompanying affidavit and application in support thereof, as they reveal an ongoing investigation, be sealed until further order of the Court in order to avoid premature disclosure of the investigation, guard against the flight of fugitives, and better ensure the safety of agents and others, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office, and may be served on Special Agents and other investigative and law enforcement officers, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.

## REQUEST FOR DELAYED NOTICE:

32.    In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I request that the warrant delay notification of the execution of the warrant for a period not to exceed 6 months after the end of the authorized period of tracking (including any extensions thereof) because there is an ongoing investigation into these crimes, which also includes the crimes of additional co-conspirators, which will very likely not be completed within a timeframe shorter than 6 months after the end of the authorized period of tracking. Immediate notification could result in information being provided to the individuals selling controlled substances, as well as purchasers, and further

evidence could then be destroyed. Therefore, I believe there is reasonable cause to believe that providing immediate notification would seriously jeopardize the investigation, and that notification may result in the destruction of or tampering of evidence.

**LIMIT ON SCOPE OF SEARCH:**

33.   I submit that if during the search, agents find evidence of crimes not set forth in this affidavit, another agent or I will seek a separate warrant.

**CONCLUSION:**

34.   I respectfully request that the Court issue a warrant authorizing DEA or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device in or on **SUBJECT VEHICLE 1** within the District of South Dakota within 14 calendar days of the issuance of the requested warrant, and to repair or replace said tracking device during the authorized monitoring period and to remove said tracking device from **SUBJECT VEHICLE 1** after the use of the tracking device has ended; to surreptitiously enter onto private property, or its curtilage, and/or move **SUBJECT VEHICLE 1** to effect the installation, repair, replacement or removal of the tracking device; and to monitor the tracking device, for a period of 45 days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the District of South Dakota.

14

Task Force Officer BJ George
Drug Enforcement Administration

Sworn to before me and:

☑ signed in my presence;
☐ submitted, attested to, and acknowledged by reliable electronic
means;

this 2nd day of July, 2025.

Daneta Wollmann
United States Magistrate Judge

15

AO 104 (Rev. 07/16)  Tracking Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota

In the Matter of the Tracking of )
*(Identify the person, property, or object to be tracked )* )
)   Case No. 25-mj- 164
USA v. 25-156-05 )
)
)

## REDACTED TRACKING WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☒ is located in this district;    ☐ is not now located in this district, but will be at execution;  ☐  the activity in this district relates to domestic or international terrorism;  ☐ other: _____.

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)* ☐  using the object    ☒ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.
☒ I find entry into the following vehicle or onto the following private property to be necessary without approval or kn█████t████████████████████████████████████ or installing, maintaining, and removing the tracking device: a█████████████████, AS FURTHER DESCRIBED IN ATTACHMENT A.

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by ___*July 12, 2025*___ *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until ___*August 16, 2025*___ *(no later than 45 days from the date this warrant was issued)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*
☑ into the vehicle described above    ☑ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* _____Daneta Wollmann_____ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510). I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☑ until, the facts justifying, the later specific date of ___*Aug 16, 2025*___.

Date and time issued:   *7-2-25   8:15am*   ___*[signature]*___
                                                                                       *Judge's signature*

City and state:    Rapid City, South Dakota    _____Daneta Wollmann, United States Magistrate Judge_____

AO 104 (Rev. 07/16)  Tracking Warrant (Page 2)

Case No. 25-mj- 164

---

### REDACTED Return of Tracking Warrant With Installation

1. Date and time tracking device installed: _____

2. Dates and times tracking device maintained: _____

3. Date and time tracking device removed: _____

4. The tracking device was used from *(date and time)*: _____

   to *(date and time)*: _____ .

---

### REDACTED Return of Tracking Warrant Without Installation

1. Date warrant executed: _____

2. The tracking information was obtained from *(date and time)*: _____

   to *(date and time)*: _____ .

---

### REDACTED Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*